# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KELECHI NWABEKE,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-410-Orl-18KRS**

**TORSO TIGER, INC., BODY TRENDS HEALTH AND FITNESS, INC., d/b/a Body Trends.Com, DOMINIC TRADING, INC.,**

        **Defendants.**

___

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT'S, BODY TRENDS HEALTH & FITNESS, INC., UNOPPOSED MOTION FOR COURT ORDER FOR RELEASE OF FEDERAL AVIATION ADMINISTRATION RECORDS (Doc. No. 40)**
>
> **FILED:** **June 2, 2005**
>
> ___
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Because the subpoena was issued from the United States District Court for the Western District of Oklahoma, motions related to compliance with the subpoena should be filed in that court.

**DONE** and **ORDERED** in Orlando, Florida on June 3, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties