# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KELECHI NWABEKE,**

              **Plaintiff,**

**-vs-**                                      **Case No. 6:04-cv-410-Orl-22KRS**

**TORSO TIGER, INC., BODY TRENDS HEALTH AND FITNESS, INC., d/b/a Body Trends.Com,**

              **Defendants.**

_____

## ORDER

Upon the Court's review of this case, it is ORDERED as follows:

1. Magistrate Judge Karla R. Spaulding's November 6, 2007 Report & Recommendation ("R&R") (Doc. 130) is APPROVED AND ADOPTED. The undersigned judge concurs in Judge Spaulding's finding that the record is insufficient "to clearly reflect a willful pattern of delay and obstruction of the orderly progress of the case." Doc. 130 at 7.

2. The parties' objections (Docs. 131, 132 & 133) to the R&R are OVERRULED.

3. Defendant Torso Tiger, Inc.'s Motion to Dismiss and/or Strike Plaintiff Kelechi Nwabeke's Pleadings (Doc. 115), filed on June 5, 2007, is DENIED.

4. Defendant Body Trends Health & Fitness, Inc.'s Motion to Dismiss and/or Strike Plaintiff Kelechi Nwabeke's Pleadings (Doc. 116), filed on June 12, 2007, is DENIED.

5. Defendant Torso Tiger, Inc.'s Motion for Leave to File Reply, etc. (Doc. 123), filed on July 5, 2007, is DENIED AS MOOT.

6. The following statement by Plaintiff's counsel in Plaintiff's Objection to the R&R is both unprofessional and unwarranted: "The R&R as much as admits that the [evidentiary]

hearing [set by the Magistrate Judge] was ordered in the speculative hope of discovering something that might bolster the Defendants' deficient motion. . . . This is wholly inappropriate judicial conduct, and we respectfully request that it cease." Doc. 133 at 6 n.2.  In light of the Eleventh Circuit's remand for further findings of fact, it was entirely appropriate for the Magistrate Judge to set an evidentiary hearing.  Plaintiff's counsel is warned to exercise greater care in levying accusations of "inappropriate judicial conduct."

    **DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 21, 2007.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge Spaulding